IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIGUEL RODRIGUEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WIDENER UNIVERSITY, | : | |
| et al. | : | NO. 13-1336 |

# ORDER

**AND NOW**, this 17th day of June, 2013, upon consideration of the Motion to Dismiss of Defendants Widener University, David Coughlin, Denise Gifford, and Patrick Sullivan (Docket No. 5), and Plaintiff's Response thereto (Docket No. 6), **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Motion is **GRANTED** as to Counts I, II, III, IV, V, and VIII. Counts I, II, III, IV, V, and VIII are **DISMISSED IN THEIR ENTIRETY** against Defendants Widener University, David Coughlin, Denise Gifford, and Patrick Sullivan.

2. The Motion is **GRANTED** as to Count VI, and the Count is **DISMISSED** against Defendants Widener University, David Coughlin, Denise Gifford, and Patrick Sullivan, to the extent that it attempts to assert a claim based on improper accessing of Plaintiff's email.

3. The Motion is **DENIED** as to Count VI to the extent that it attempts to assert a claim based upon improper accessing of Plaintiff's Facebook images.

4. The Motion is **DENIED** as to Count VII.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.