IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIGUEL RODRIGUEZ | : CIVIL ACTION |
| Plaintiff, | : NO. 2:13-CV-01336-JP |
| vs. | : |
| WIDENER UNIVERSITY, CITY OF CHESTER, PENNSYLVANIA, DAVID COUGHLIN, DENISE GIFFORD PATRICK SULLIVAN, MATTHEW DONOHUE | : |
| Defendants. | : |

### ANSWER OF DEFENDANTS, WIDENER UNIVERSITY, DAVID COUGHLIN, DENISE GIFFORD AND PATRICK SULLIVAN, TO COUNTS VI AND VII OF PLAINTIFF'S COMPLAINT

Defendants, Widener University, David Coughlin, Denise Gifford and Patrick Sullivan (hereinafter, "Widener Defendants"), answer Plaintiff's Complaint, Counts VI and VII, as follows:

Paragraphs 1, 5, and 7-32 are denied.

Paragraphs 2-4 and 6 are admitted.

### Count VI

Paragraphs 56-67 are denied.

### Count VII

Paragraphs 68-74 are denied.

### First Affirmative Defense

Plaintiff fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

Plaintiff's claims are barred by the applicable Statute of Limitations.

### Third Affirmative Defense

Plaintiff's facebook postings were available to the general public.

### Fourth Affirmative Defense

Plaintiff's facebook postings were provided to Widener by third parties who had permitted access to Plaintiff's facebook postings.

### Fifth Affirmative Defense

Defendants were, at all times, legally justified in taking the actions relating to Plaintiff.

### Sixth Affirmative Defense

Plaintiff's claim against the Widener Defendant is frivolous and in bad faith.

**WHEREFORE**, the Widener Defendants demand judgment in their favor and against Plaintiff.

**IMPERATRICE, AMARANT & BELL, P.C.**

By: _____
ROCCO P. IMPERATRICE, III, ESQUIRE
Attorney for Widener Defendants

Dated: July 2, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that I am this day serving the foregoing *Answer of Defendants to Counts VI and VII of Plaintiff's Complaint,* upon the following via U.S. Mail, First Class, addressed as follows:

*Lewis P. Hannah, Esquire*
*Clinton L. Johnson, Esquire*
1315 Walnut Street, Suite 1326
Philadelphia, PA 19107
*Attorney for Plaintiff*

*Edward J. Bradley, Jr., Esquire*
Bennett Bricklin & Saltzburg, LLP
1601 Market Street
Philadelphia, PA  19103
*Attorney for City of Chester, Pennsylvania, and Matthew Donohue,*

IMPERATRICE, AMARANT & BELL, P.C.

By: _____
ROCCO P. IMPERATRICE, III, ESQUIRE
Attorney for Widener Defendants

Dated:  July 2, 2013